No. 5923.—Caballer, aplte., *v.* Pieraldi Vda. Trautman, aplda. —C. D. Ponce. ▮▮▮▮▮▮▮▮▮▮ Abril 10, 1934.

Por cuanto, los únicos supuestos errores señalados son que:

"1. La corte inferior cometió error al considerar que en cierta escritura otorgada en 8 de noviembre de 1927, ante el Notario Alberto S. Poventud, se había renunciado el derecho de hogar seguro a que tenía derecho el demandante sobre cierta propiedad.

"2. La sentencia en este caso es contraria a los hechos y a la ley."

Por cuanto, el argumento en apoyo del primer señalamiento está basado principalmente en la teoría de una falta de causa (*consideration*), teoría nueva adoptada por primera vez en el alegato del apelante, y distinta de la sostenida por el demandante en la corte de distrito.

Por cuanto, en todo caso hubo una causa (*consideration*) buena y suficiente, y

Por cuanto, el segundo señalamiento en cuanto a la cuestión de derecho es secuela del señalamiento primero y en cuanto a la cuestión de hechos no demuestra la existencia de error manifiesto alguno.

Por tanto, se confirma la sentencia apelada que dictó la Corte de Distrito de Ponce en 2 de febrero de 1931.